IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Criminal No. 21-250 MV

DESIREE VALTIERRA,

    Defendant.

**UNOPPOSED MOTION FOR RELEASE OF DEFENDANT ON JANUARY 23, 2024**

The Defendant, DESIREE VALTIERRA, by and through her attorney, Todd B. Hotchkiss, hereby moves this Court, without opposition from the United States and the United States Probation Officer, to release Ms. Valtierra to enter, reside at, and successfully complete the 90-day to 6 months in-patient drug treatment program at Krossroads Behavioral Health ("Krossroads").

As grounds, defense counsel states as follows:

1. Ms. Valtierra was previously admitted into the Re-Entry through Integrated Opportunities (RIO) program on October 31, 2023, ordered to "follow all rules and regulations of the program as well as all previously imposed conditions of supervised release" (Doc.124), and released into the third-party custody of the United States Probation Office (USPO) in Albuquerque, New Mexico. (Doc.140)

1

2. Ms. Valtierra has been in custody at Cibola County Correctional Center pursuant to her arrest on November 27, 2023. (Doc.148)

3. Ms. Valtierra's supervising United States Probation Officer Danielle Padilla reported to undersigned counsel that she secured admission by Ms. Valtierra into Krossroads in Albuquerque, New Mexico for January 23, 2024. According to Officer Padilla, Ms. Valtierra will be released into the third-party custody of the USPO in Albuquerque, New Mexico to reside at 1720 57th Street N.W., Albuquerque, New Mexico 87105.

4. Ms. Valtierra, the United States, and United States Probation Officer Danielle Padilla agree to add to her conditions of supervised release (Doc.124) that Ms. Valtierra enter, reside at, and successfully complete the 90-day to 6 months in-patient drug treatment program at Krossroads. Ms. Valtierra must also follow all rules and regulations of the program at Krossroads.

5. All other previous conditions of supervised release in Doc.124 are to remain in effect.

6. Assistant United States Attorney Niki Tapia-Brito on behalf of the United States was contacted on January 18, 2024 and did not oppose this motion.

7. U.S. Probation Officer Danielle Padilla on January 18, 2024, and did not oppose this motion.

WHEREFORE, the Defendant, DESIREE VALTIERRA, respectfully requests this

Court to enter an order releasing Ms. Valtierra on January 23, 2024 on the conditions that she enter and complete a 90-day to 6-month Krossroads program and follow all rules and regulations of the program, reside at 1720 57th Street N.W., Albuquerque, New Mexico 87105, and all other previously conditions of supervised release (Doc.124).   Ms. Valtierra also requests such other and further relief as this Court may deem just and proper.

        Respectfully submitted,
        /s/ *Todd B. Hotchkiss*
        TODD B. HOTCHKISS
        ATTORNEY AT LAW, LLC
        Attorney for DESIREE VALTIERRA
        610 Gold Avenue S.W., Suite 228
        Albuquerque, New Mexico   87102
        Tele. (505) 243-6776
        Facsimile No. (505) 243-0707
        E-mail: Todd@toddhotchkisslaw.com

## CERTIFICATE OF SERVICE

I, Todd B. Hotchkiss, hereby certify that on January 18, 2024 I electronically filed through the CM/ECF system and that through that system opposing counsel Niki Tapia-Brito, Assistant United States Attorney, and United States Probation Officer Danielle Padilla will be served with a true and accurate copy.

    /s/ *Todd B. Hotchkiss*
    TODD B. HOTCHKISS